| LoanNumber | DateApproved | ProcessingMethod | BorrowerName | BorrowerAddress | BorrowerCity | BorrowerState | BorrowerZip | LoanStatusDate | InitialApprovalAmount |
|---|---|---|---|---|---|---|---|---|---|
| 8024327705 | 5/1/2020 | PPP | ACOAXET CLUB INC | 152 HOWLAND RD | WESTPORT | MA | 02790 | 4/13/2021 | $ 192,096.00 |
| 8723887000 | 4/8/2020 | PPP | ALTA VISTA COUNTRY CLUB LP | 777 ALTA VISTA ST | PLNTIA | CA | 92870 | 4/17/2021 | $ 457,500.00 |
| 2845037102 | 4/11/2020 | PPP | ARROWHEAD COUNTRY CLUB | 50 OCALA DR | MONTGOMERY | AL | 36117 | 8/19/2021 | $ 206,500.00 |
| 9214977304 | 5/1/2020 | PPP | ARROWHEAD LAKE ASSN | 870 N STATE HIGHWAY 173 | LAKE ARROWHEAD | CA | 92352 | 2/20/2021 | $ 323,192.00 |
| 4837417108 | 4/13/2020 | PPP | AUDOBON COUNTRY CLUB INC | 3265 ROBIN RD | LOUISVILLE | KY | 40213 | 12/24/2020 | $ 519,400.00 |
| 5016997202 | 4/27/2020 | PPP | AUSTIN CLUB | 110 E 9TH ST | AUSTIN | TX | 78701 | 5/29/2021 | $ 290,100.00 |
| 1610427309 | 4/28/2020 | PPP | BERKELEY HILLS COUNTRY CLUB INC | 2300 POND RD | DULUTH | GA | 30096 | 6/12/2021 | $ 327,800.00 |
| 1729007407 | 5/4/2020 | PPP | BRIARWOOD COUNTRY CLUB INC | 20800 N 135TH AVE | SUN CITY WEST | AZ | 85375 | 4/9/2021 | $ 431,800.00 |
| 3672487310 | 4/29/2020 | PPP | CARTERSVILLE COUNTRY CLUB INC | 1310 JOE FRANK HARRIS PKWY SE | CARTERSVILLE | GA | 30120 | 1/21/2021 | $ 279,700.00 |
| 8607757206 | 4/28/2020 | PPP | CHI OMEGA FRATERNITY | 3395 PLAYERS CLUB PKWY | MEMPHIS | TN | 38125 | 8/5/2021 | $ 427,500.00 |
| 7920367100 | 4/14/2020 | PPP | COATESVILLE COUNTRY CLUB | 143 RESERVOIR RD | COATESVILLE | PA | 19320 | 12/9/2020 | $ 189,700.00 |
| 5068957301 | 4/30/2020 | PPP | COLUMBIA COUNTRY CLUB | 135 COLUMBIA CLUB DR | BLYTHEWOOD | SC | 29016 | 8/13/2021 | $ 186,000.00 |
| 4125097807 | 5/27/2020 | PPP | COLUMBIA YACHT CLUB | 111 LAKE DR N | CHICAGO | IL | 60601 | 1/22/2021 | $ 374,600.00 |
| 4862007105 | 4/13/2020 | PPP | COUNTRY CLUB OF PETERSBURG INC | 1250 FLANK RD | PETERSBURG | VA | 23805 | 1/20/2021 | $ 215,300.00 |
| 9891187104 | 4/15/2020 | PPP | CROWN COLONY COUNTRY CLUB INC | 900 CROWN COLONY DR | LUFKIN | TX | 75901 | 2/4/2021 | $ 292,100.00 |
| 9132697310 | 5/1/2020 | PPP | DIAMANTE MEMBERS CLUB INC | 2000 COUNTRY CLUB DR | HOT SPRINGS VILLAGE | AR | 71909 | 8/20/2021 | $ 291,900.00 |
| 9382427008 | 4/9/2020 | PPP | DOE VALLEY ASSN INC | 147 DOE VALLEY PKWY W | BRANDENBURG | KY | 40108 | 12/16/2020 | $ 259,713.05 |
| 1995628208 | 7/31/2020 | PPP | DYES WALK MEMBERS INC | 2080 SOUTH STATE RD 135 | GREENWOOD | IN | 46143 | 4/9/2021 | $ 185,000.00 |
| 3647277304 | 4/29/2020 | PPP | EDGEBROOK CLUB INC | 13454 SE NEWPORT WAY | BELLEVUE | WA | 98006 | 2/23/2021 | $ 150,400.00 |
| 9950077009 | 4/9/2020 | PPP | ELLINGTON RIDGE COUNTRY CLUB INC | 56 ABBOTT RD | ELLINGTON | CT | 06029 | 4/8/2021 | $ 254,100.00 |
| 2722647108 | 4/11/2020 | PPP | ELMHURST COUNTRY CLUB | 319 GARDNER RD | MOSCOW | PA | 18444 | 1/21/2021 | $ 237,354.00 |
| 5518317208 | 4/27/2020 | PPP | FAMILY MOTOR COACHING INC | 8291 CLOUGH PIKE | CINCINNATI | OH | 45244 | 12/24/2020 | $ 545,623.32 |
| 5118987102 | 4/13/2020 | PPP | FIG GARDEN SWIM RACQUET CLUB | 4722 N MAROA AVE | FRESNO | CA | 93704 | 11/18/2021 | $ 163,088.00 |
| 6120247303 | 4/30/2020 | PPP | FOREST HILLS COUNTRY CLUB | 5135 FOREST HILLS RD | ROCKFORD | IL | 61114 | 6/17/2021 | $ 276,677.00 |
| 2787017108 | 4/11/2020 | PPP | GIBSON ISLAND CORPORATION | 534 BRDWATER WAY | GIBSON ISLAND | MD | 21056 | 2/16/2021 | $ 348,040.00 |
| 1844107310 | 4/28/2020 | PPP | HARLINGEN COUNTRY CLUB INC | 5500 EL CAMINO REAL | HARLINGEN | TX | 78552 | 11/13/2021 | $ 219,900.00 |
| 1582807100 | 4/10/2020 | PPP | HARRISON LAKE DINING AND GOLF CLUB INC | 588 S COUNTRY CLUB RD | COLUMBUS | IN | 47201 | 1/8/2021 | $ 275,400.00 |
| 4010437704 | 5/1/2020 | PPP | LAKE CONNOR PARK INC | 14320 28TH ST NE | LAKE STEVENS | WA | 98258 | 9/21/2021 | $ 163,394.00 |
| 2997917105 | 4/11/2020 | PPP | MAPLECREST COUNTRY CLUB OF GOSHEN INC | 611 HACKETT RD | GOSHEN | IN | 46528 | 6/23/2021 | $ 163,000.00 |
| 4197797107 | 4/13/2020 | PPP | MASHOMACK FISH GAME PRESERVE CLUB INC | 7435 RT82 | PINE PLAINS | NY | 12567 | 7/20/2021 | $ 288,620.00 |
| 8899407000 | 4/9/2020 | PPP | MIDDLEBURG TENNIS ASSN | 1777 ZULLA RD | MIDDLEBURG | VA | 20117 | 8/11/2021 | $ 278,700.00 |
| 6443727005 | 4/6/2020 | PPP | MINNESOTA VALLEY COUNTRY CLUB INC | 6300 AUTO CLUB RD | BLOOMINGTON | MN | 55438 | 6/5/2021 | $ 608,000.00 |
| 9301687004 | 4/9/2020 | PPP | NASHVILLE CITY CLUB | 201 4TH AVE 20TH FL | NASHVILLE | TN | 37219 | 8/7/2021 | $ 202,905.00 |
| 2947907300 | 4/29/2020 | PPP | NEMACOLIN COUNTRY CLUB | 134 ROUTE 40 W | BEALLSVILLE | PA | 15313 | 10/7/2021 | $ 202,800.00 |
| 1992787110 | 4/10/2020 | PPP | NEW CLUB INC | 100 COBBLE CREEK RD | VICTOR | NY | 14564 | 9/15/2021 | $ 288,100.00 |
| 6383857006 | 4/6/2020 | PPP | OGDEN GOLF AND COUNTRY CLUB | 4197 WASHINGTON BLVD | OGDEN | UT | 84403 | 1/29/2021 | $ 370,783.90 |
| 3703007201 | 4/27/2020 | PPP | OSWEGO LAKE COUNTRY CLUB | 20 IRON MOUNTAIN BLVD | LAKE OSWEGO | OR | 97034 | 11/20/2020 | $ 656,283.00 |
| 3649337400 | 5/7/2020 | PPP | PEACH TREE GOLF COUNTRY CLUB | 2043 SIMPSON DANTONI RD | MARYSVILLE | CA | 95901 | 4/15/2021 | $ 264,396.77 |
| 7014267408 | 5/15/2020 | PPP | PORT SUSAN CAMPING CLUB | 12015 MARINE DR | TULALIP | WA | 98271 | 3/23/2022 | $ 722,415.00 |
| 3968427204 | 4/27/2020 | PPP | PROSPECT PLANTATION WEST HOMEOWNERS ASSN | 311 A PROSPECT BAY DR WEST | GRASONVILLE | MD | 21638 | 3/19/2021 | $ 350,300.00 |
| 1846617205 | 4/15/2020 | PPP | RIVER HILLS CLUB OF JACKSON INC | 3600 RIDGEWOOD RD | JACKSON | MS | 39211 | 11/20/2020 | $ 393,000.00 |
| 2778527204 | 4/16/2020 | PPP | ROCKPORT COUNTRY CLUB MEMBERS ASSN | 101 CHAMPIONS DR | ROCKPORT | TX | 78382 | 12/24/2020 | $ 282,200.00 |
| 5711217106 | 4/13/2020 | PPP | ROSEBURG COUNTRY CLUB | 5051 GARDEN VALLEY RD | ROSEBURG | OR | 97471 | 2/24/2021 | $ 216,000.00 |
| 2152457205 | 4/15/2020 | PPP | SANGAMO CLUB | 227 E ADAMS ST | SPRINGFIELD | IL | 62701 | 3/9/2021 | $ 151,200.00 |
| 3015057103 | 4/11/2020 | PPP | SECESSION GOLF CLUB INC | 142 SECESSION DR | BEAUFORT | SC | 29907 | 3/12/2021 | $ 630,750.00 |
| 1153467205 | 4/15/2020 | PPP | SIGNAL MOUNTAIN GOLF COUNTRY CLUB | 809 JAMES BLVD | SIGNAL MOUNTAIN | TN | 37377 | 3/26/2022 | $ 242,755.00 |
| 7848027304 | 4/30/2020 | PPP | SILENT VALLEY CLUB INC | 46305 POPPET FLATS RD | BANNING | CA | 92220 | 5/20/2021 | $ 282,470.00 |
| 6427617007 | 4/6/2020 | PPP | SOUTHVIEW COUNTRY CLUB | 239 MENDOTA RD | SAINT PAUL | MN | 55118 | 12/8/2020 | $ 350,600.00 |
| 2991137204 | 4/16/2020 | PPP | SPINDLETOP HALL INC | 3414 IRON WORKS PIKE | LEXINGTON | KY | 40511 | 3/4/2021 | $ 255,700.00 |
| 2130217104 | 4/10/2020 | PPP | ST ANDREWS SOUTH GOLF CLUB INC | 1901 DEBORAH DR | PUNTA GORDA | FL | 33950 | 1/21/2021 | $ 172,100.00 |
| 5355657700 | 5/1/2020 | PPP | STRATHMOREVANDERBILT COUNTRY CLUB OF MA | 260 COUNTRY CLUB DR | MANHASSET | NY | 11030 | 4/1/2020 | $ 385,348.00 |
| 4429797009 | 4/3/2020 | PPP | THE BRIARWOOD | 3429 BRIARWOOD BLVD | BILLINGS | MT | 59101 | 12/15/2020 | $ 199,500.00 |
| 2387737908 | 6/11/2020 | PPP | THE CLUB AT MORNINGSIDE INC | 39033 MORNINGSIDE DR | RANCHO MIRAGE | CA | 92270 | 8/11/2021 | $ 727,427.00 |
| 5591397206 | 4/27/2020 | PPP | THE CONNECTICUT GOLF CLUB INC | 915 BLACK ROCK TPKE | EASTON | CT | 06612 | 11/20/2020 | $ 357,000.00 |
| 1200107206 | 4/15/2020 | PPP | THE COUNTRY CLUB OF TERRE HAUTE | 57 ALLENDALE | TERRE HAUTE | IN | 47802 | 3/12/2021 | $ 196,600.00 |
| 2765887208 | 4/16/2020 | PPP | THE ELYRIA COUNTRY CLUB COMPANY | 41625 OBERLIN ELYRIA RD | ELYRIA | OH | 44035 | 10/21/2021 | $ 297,330.00 |
| 1447817100 | 4/10/2020 | PPP | THE FOREST CLUB | 9950 MEMORIAL DR | HOUSTON | TX | 77024 | 12/7/2021 | $ 579,300.00 |
| 8866147009 | 4/9/2020 | PPP | THE OUTING CLUB | 2109 BRADY ST | DAVENPORT | IA | 52803 | 5/12/2021 | $ 150,000.00 |
| 5616317005 | 4/6/2020 | PPP | THE RACE BROOK COUNTRY CLUB INC | 246 DERBY AVE | ORANGE | CT | 06477 | 2/19/2021 | $ 385,700.00 |
| 5641087010 | 4/6/2020 | PPP | TIPPECANOE LAKE COUNTRY CLUB INC | 7245 N KALORAMA RD | LEESBURG | IN | 46538 | 2/16/2021 | $ 242,600.00 |
| 1332147307 | 4/28/2020 | PPP | TWIN LAKES GOLF COUNTRY CLUB | 3583 SW 320TH ST | FEDERAL WAY | WA | 98023 | 5/4/2021 | $ 204,000.00 |
| 2433207109 | 4/10/2020 | PPP | UNION LEAGUE BOYS AND GIRLS CLUBS | 65 W JACKSON BLVD | CHICAGO | IL | 60604 | 2/19/2021 | $ 617,500.00 |
| 7639667301 | 4/30/2020 | PPP | VALLEY VIEW GOLF COURSE | 302 EAST KAGY BLVD | BOZEMAN | MT | 59715 | 7/13/2021 | $ 166,170.00 |
| 8496417009 | 4/8/2020 | PPP | WILDWOOD COUNTRY CLUB INC | 5000 BARDSTOWN RD | LOUISVILLE | KY | 40291 | 1/8/2021 | $ 313,300.00 |
| 3429567408 | 5/7/2020 | PPP | WILLAMETTE VALLEY COUNTRY CLUB | 900 COUNTRY CLUB PL | CANBY | OR | 97013 | 1/22/2021 | $ 491,837.00 |
| 8366317310 | 5/1/2020 | PPP | WOODHOLME COUNTRY CLUB INC | 300 WOODHOLME AVE | PIKESVILLE | MD | 21208 | 2/17/2021 | $ 750,200.00 |
| 1855267209 | 4/15/2020 | PPP | YOUNGSTOWN COUNTRY CLUB | 1402 COUNTRY CLUB DR | YOUNGSTOWN | OH | 44505 | 3/13/2021 | $ 231,100.00 |

| CurrentApprovalAmount | JobsReported | NAICSCode | BusinessType | OriginatingLender | OriginatingLenderState | ForgivenessAmount | ForgivenessDate | EIN (Form 990 Data) |
|---|---|---|---|---|---|---|---|---|
| $ 192,096.00 | 83 | 713910 | Corporation | Cross River Bank | NJ | $ 193,090.69 | 11/12/2020 | 43308688 |
| $ 457,500.00 | 62 | 713910 | Partnership | Farmers & Merchants Bank of Long Beach | CA | $ 461,460.82 | 3/1/2021 | 956205394 |
| $ 206,500.00 | 35 | 713910 | Non-Profit Organization | Truist Bank | NC | $ 209,109.93 | 7/28/2021 | 630512677 |
| $ 323,192.00 | 45 | 561790 | Corporation | Bank of America, National Association | NC | $ 325,520.75 | 1/25/2021 | 952899218 |
| $ 519,400.00 | 90 | 713910 | Corporation | Eclipse Bank, Inc. | KY | $ 522,227.84 | 11/3/2020 | 610123310 |
| $ 290,100.00 | 38 | 813410 | Professional Association | American Bank of Commerce | TX | $ 292,134.67 | 1/13/2021 | 741093739 |
| $ 327,800.00 | 51 | 713910 | Corporation | First-Citizens Bank & Trust Company | NC | $ 331,131.88 | 5/17/2021 | 581533854 |
| $ 431,800.00 | 131 | 713910 | Corporation | BOKF, National Association | OK | $ 435,362.35 | 3/8/2021 | 860507921 |
| $ 279,700.00 | 61 | 713910 | Corporation | United Community Bank | GA | $ 281,174.89 | 2/12/2021 | 580644251 |
| $ 427,500.00 | 43 | 813410 | Non-Profit Organization | Regions Bank | AL | $ 432,723.70 | 7/22/2021 | 626042699 |
| $ 150,000.00 | 20 | 713910 | Non-Profit Organization | First Resource Bank | PA | $ 150,800.00 | 11/3/2020 | 230479630 |
| $ 186,000.00 | 34 | 713910 | Corporation | First-Citizens Bank & Trust Company | NC | $ 188,293.15 | 7/29/2021 | 570279386 |
| $ 374,600.00 | 46 | 713930 | Non-Profit Organization | U.S. Bank, National Association | OH | $ 376,566.65 | 12/8/2020 | 360935520 |
| $ 215,300.00 | 25 | 713910 | Corporation | First-Citizens Bank & Trust Company | NC | $ 216,729.35 | 12/16/2020 | 540181842 |
| $ 292,100.00 | 55 | 713910 | Corporation | Southside Bank | TX | $ 294,258.29 | 1/13/2021 | 751545338 |
| $ 291,900.00 | 55 | 713910 | Corporation | Bank OZK | AR | $ 295,410.80 | 7/22/2021 | 822729915 |
| $ 259,713.05 | 32 | 813990 | Corporation | Meade County Bank | KY | $ 261,119.83 | 11/3/2020 | 611120986 |
| $ 185,000.00 | 46 | 713910 | Non-Profit Organization | Lake City Bank | IN | $ 186,058.61 | 3/2/2021 | 454431923 |
| $ 150,400.00 | 15 | 713940 | Corporation | Umpqua Bank | OR | $ 151,438.38 | 1/12/2021 | 910717311 |
| $ 254,100.00 | 40 | 713910 | Non-Profit Organization | Manufacturers and Traders Trust Company | CT | $ 256,355.57 | 3/18/2021 | 60731820 |
| $ 237,354.00 | 67 | 713910 | Corporation | Community Bank, National Association | NY | $ 238,953.70 | 12/28/2020 | 240571570 |
| $ 545,623.32 | 35 | 511199 | Limited  Liability Company(LLC) | U.S. Bank, National Association | OH | $ 548,639.40 | 11/20/2020 | 310804764 |
| $ 163,088.00 | 16 | 813410 | Corporation | FFB Bank | CA | $ 165,498.08 | 10/12/2021 | 946087660 |
| $ 276,677.00 | 62 | 713910 | Corporation | Midland States Bank | IL | $ 279,595.37 | 6/1/2021 | 361089495 |
| $ 348,040.00 | 39 | 531190 | Corporation | WesBanco Bank, Inc. | WV | $ 350,538.26 | 1/11/2021 | 520326700 |
| $ 219,900.00 | 42 | 713910 | Corporation | Lone Star National Bank | TX | $ 223,051.90 | 10/6/2021 | 741150631 |
| $ 275,400.00 | 43 | 711211 | Corporation | First Financial Bank | OH | $ 276,921.62 | 2/12/2021 | 202728394 |
| $ 163,394.00 | 11 | 713940 | Non-Profit Organization | Wells Fargo Bank, National Association | SD | $ 165,421.88 | 8/3/2021 | 910936055 |
| $ 163,000.00 | 27 | 713910 | Non-Profit Organization | First State Bank of Middlebury | IN | $ 164,860.92 | 6/3/2021 | 351053529 |
| $ 288,620.00 | 70 | 114210 | Corporation | KeyBank National Association | OH | $ 292,067.63 | 7/8/2021 | 132622979 |
| $ 278,700.00 | 19 | 713910 | Corporation | Atlantic Union Bank | VA | $ 282,230.20 | 7/15/2021 | 540717182 |
| $ 608,000.00 | 22 | 713910 | Corporation | North American Banking Company | MN | $ 614,329.86 | 5/21/2021 | 411557904 |
| $ 202,905.00 | 26 | 813410 | Professional Association | CapStar Bank | TN | $ 205,525.86 | 8/2/2021 | 626014352 |
| $ 202,800.00 | 50 | 713910 | Corporation | PNC Bank, National Association | DE | $ 203,854.54 | 9/20/2021 | 250689210 |
| $ 288,100.00 | 35 | 713910 | Corporation | Five Star Bank | NY | $ 291,893.32 | 8/10/2021 | 843346165 |
| $ 370,783.90 | 68 | 713910 | Non-Profit Organization | Cache Valley Bank | UT | $ 373,307.29 | 12/17/2020 | 870160190 |
| $ 656,283.00 | 97 | 713910 | Non-Profit Organization | Umpqua Bank | WA | $ 622,744.88 | 11/5/2020 | 930244260 |
| $ 264,396.77 | 48 | 713910 | Corporation | Sierra Central CU | CA | $ 266,523.05 | 3/8/2021 | 941428336 |
| $ 722,415.00 | 62 | 721211 | Corporation | Kabbage, Inc. | GA | $ 732,350.68 | 10/6/2021 | 911089047 |
| $ 350,300.00 | 121 | 713910 | Corporation | Shore United Bank, National Association | MD | $ 353,188.78 | 3/1/2021 | 521186089 |
| $ 393,000.00 | 170 | 713910 | Corporation | BankPlus | MS | $ 395,139.67 | 11/3/2020 | 204532060 |
| $ 282,200.00 | 45 | 713910 | Non-Profit Organization | Prosperity Bank | TX | $ 283,727.03 | 2/12/2021 | 742320108 |
| $ 216,000.00 | 32 | 713910 | Cooperative | Umpqua Bank | OR | $ 217,532.71 | 1/7/2021 | 930344910 |
| $ 151,200.00 | 26 | 813410 | Professional Association | Bank of Springfield | IL | $ 152,166.70 | 2/12/2021 | 370499990 |
| $ 630,750.00 | 86 | 713910 | Corporation | Palmetto State Bank | SC | $ 636,072.49 | 2/18/2021 | 260178692 |
| $ 242,755.00 | 17 | 713910 | Corporation | FirstBank | TN | $ 244,063.18 | 11/3/2020 | 620357050 |
| $ 282,470.00 | 39 | 721211 | Corporation | Bank of America, National Association | NC | $ 285,054.79 | 3/31/2021 | 237273075 |
| $ 348,200.00 | 104 | 713910 | Corporation | Platinum Bank | MN | $ 350,164.51 | 2/16/2021 | 411509213 |
| $ 255,700.00 | 53 | 713990 | Non-Profit Organization | Central Bank & Trust Co. | KY | $ 257,788.22 | 2/16/2021 | 610669699 |
| $ 172,100.00 | 30 | 713910 | Corporation | Truist Bank | NC | $ 173,209.09 | 12/17/2020 | 592057048 |
| $ 385,348.00 | 15 | nan | Non-Profit Organization | Bank of America, National Association | NC | $ 215,377.53 | 7/20/2021 | 111375892 |
| $ 199,500.00 | 65 | 713910 | Non-Profit Organization | Glacier Bank | MT | $ 200,647.81 | 11/3/2020 | 810391801 |
| $ 727,427.00 | 130 | 713910 | Limited  Liability Company(LLC) | WebBank | UT | $ 735,145.81 | 7/6/2021 | 953751854 |
| $ 357,000.00 | 38 | 713910 | Corporation | Fairfield County Bank | CT | $ 358,809.45 | 11/3/2020 | 60842905 |
| $ 196,600.00 | 45 | 713910 | Corporation | Old National Bank | IN | $ 197,750.85 | 2/12/2021 | 350249920 |
| $ 382,695.00 | 31 | 713910 | Corporation | JPMorgan Chase Bank, National Association | IL | $ 388,091.42 | 9/20/2021 | 340203920 |
| $ 425,100.00 | 55 | 713910 | Non-Profit Organization | Independent Bank | TX | $ 414,290.93 | 8/3/2021 | 741044007 |
| $ 150,000.00 | 75 | 813410 | Non-Profit Organization | Northwest Bank & Trust Company | IA | $ 151,545.21 | 4/29/2021 | 420453230 |
| $ 385,700.00 | 27 | 713910 | Professional Association | Ion Bank | CT | $ 388,542.56 | 1/8/2021 | 60503510 |
| $ 242,600.00 | 18 | 713910 | Non-Profit Organization | Lake City Bank | IN | $ 244,385.81 | 1/6/2021 | 350711197 |
| $ 204,000.00 | 65 | 713910 | Corporation | Umpqua Bank | WA | $ 205,844.38 | 3/31/2021 | 910817896 |
| $ 617,500.00 | 124 | 624110 | Non-Profit Organization | BMO Bank National Association | IL | $ 621,881.71 | 1/11/2021 | 361893300 |
| $ 166,170.00 | 60 | 713910 | Corporation | Wells Fargo Bank, National Association | SD | $ 167,972.83 | 6/8/2021 | 810285122 |
| $ 313,300.00 | 32 | 713910 | Non-Profit Organization | First Financial Bank | OH | $ 315,334.30 | 12/17/2020 | 610477854 |
| $ 491,837.00 | 35 | 713910 | Non-Profit Organization | U.S. Bank, National Association | OH | $ 494,815.35 | 12/17/2020 | 930515597 |
| $ 695,000.00 | 86 | 713910 | Corporation | The Harbor Bank of Maryland | MD | $ 699,710.56 | 1/20/2021 | 520535530 |
| $ 231,100.00 | 34 | 713910 | Professional Association | PNC Bank, National Association | DE | $ 232,643.11 | 2/12/2021 | 340633730 |

| NAME (Form 990 Data) | FullAddress (Form 990 Data) |
|---|---|
| ACOAXET CLUB INC | 152 HOWLAND RD WESTPORT MA |
| ALTA VISTA GOLF ASS | 777 ALTA VISTA ST PLNTIA CA |
| ARROWHEAD GOLF C | 50 OCALA DR MONTGOMERY AL |
| ARROWHEAD LAKE AS | PO BOX 1119 LK ARROWHEAD CA |
| AUDUBON COUNTRY C | 3265 ROBIN RD LOUISVILLE KY |
| AUSTIN CLUB | 110 E 9TH ST AUSTIN TX |
| BERKELEY HILLS COU | 2300 POND RD DULUTH GA |
| BRIARWOOD COUNTR | 20800 N 135TH AVE SUN CITY WEST AZ |
| CARTERSVILLE COUN | PO BOX 200247 CARTERSVILLE GA |
| CHI OMEGA FRATERNI | 2000 NORTH PKWY MEMPHIS TN |
| COATESVILLE COUNT | 143 RESERVOIR RD COATESVILLE PA |
| COLUMBIA COUNTRY C | 135 COLUMBIA CLUB DR W BLYTHEWOOD SC |
| COLUMBIA YACHT CLU | 111 N LAKE SHORE DR CHICAGO IL |
| COUNTRY CLUB OF PE | PO BOX 1599 PETERSBURG VA |
| CROWN COLONY COU | 900 CROWN COLONY DR LUFKIN TX |
| DIAMANTE MEMBERS | 2000 COUNTRY CLUB DR HOT SPRINGS AR |
| DOE VALLEY ASSN IN | 147 DOE VALLEY PKWY WEST BRANDENBURG KY |
| DYES WALK MEMBERS | 2080 SOUTH STATE RD 135 GREENWOOD IN |
| EDGEBROOK CLUB IN | 13454 SE NEWPORT WAY BELLEVUE WA |
| ELLINGTON RIDGE CO | 56 ABBOTT RD ELLINGTON CT |
| ELMHURST COUNTRY | 319 GARDNER RD ROARING BK TP PA |
| FAMILY MOTOR COAC | 8291 CLOUGH PIKE CINCINNATI OH |
| FIG GARDEN SWIM AN | 4722 N MAROA AVE FRESNO CA |
| FOREST HILLS COUNT | 5135 FOREST HILLS RD ROCKFORD IL |
| GIBSON ISLAND CLUB | 534 BRDWATER WAY GIBSON ISLAND MD |
| HARLINGEN COUNTRY | 5500 EL CAMINO REAL HARLINGEN TX |
| HARRISON LAKE DININ | 588 S COUNTRY CLUB RD COLUMBUS IN |
| LAKE CONNOR PARK I | PO BOX 158 LAKE STEVENS WA |
| MAPLECREST COUNT | 611 HACKETT RD GOSHEN IN |
| MASHOMACK FISH GA | PO BOX 308 PINE PLAINS NY |
| MIDDLEBURG TENNIS | PO BOX 433 MIDDLEBURG VA |
| MINNESOTA VALLEY C | 6300 AUTO CLUB RD BLOOMINGTON MN |
| NASHVILLE CITY CLUB | 200 2ND AVE SOUTH NASHVILLE TN |
| NEMACOLIN COUNTRY | 3100 RT 40 WEST BEALLSVILLE PA |
| NEW CLUB INC | 100 COBBLECREEK RD VICTOR NY |
| OGDEN GOLF COUNT | 4197 WASHINGTON BLVD OGDEN UT |
| OSWEGO LAKE COUN | 20 IRON MOUNTAIN BLVD LAKE OSWEGO OR |
| PEACH TREE GOLF AN | 2043 SIMPSON DANTONI RD MARYSVILLE CA |
| PORT SUSAN CAMPIN | 12015 MARINE DR TULALIP WA |
| PROSPECT PLANTATI | 301 PROSPECT BAY DR WEST GRASONVILLE MD |
| RIVER HILLS CLUB OF | 3600 RIDGEWOOD RD JACKSON MS |
| ROCKPORT COUNTRY | PO BOX 1539 ROCKPORT TX |
| ROSEBURG COUNTRY | 5051 GARDEN VALLEY RD ROSEBURG OR |
| SANGAMO CLUB | PO BOX 438 DECATUR IL |
| SECESSION GOLF CLU | 142 SECESSION DR BEAUFORT SC |
| SIGNAL MOUNTAIN GC | 809 JAMES BLVD SIGNAL MTN TN |
| SILENT VALLEY CLUB | 46305 POPPET FLATS RD BANNING CA |
| SOUTHVIEW COUNTRY | 239 MENDOTA RD E W ST PAUL MN |
| SPINDLETOP HALL IN | 3414 IRON WORKS PIKE LEXINGTON KY |
| SAINT ANDREWS SOU | 1901 DEBORAH DR PUNTA GORDA FL |
| STRATHMOREVANDER | 260 COUNTRY CLUB DR MANHASSET NY |
| THE BRIARWOOD | 3429 BRIARWOOD BLVD BILLINGS MT |
| CLUB AT MORNINGSID | 39033 MORNINGSIDE DR RANCHO MIRAGE CA |
| CONNECTICUT GOLF C | 915 BLACK ROCK TPKE EASTON CT |
| COUNTRY CLUB OF TE | 57 ALLENDALE TERRE HAUTE IN |
| ELYRIA COUNTRY CLU | 41625 OBERLIN ELYRIA RD ELYRIA OH |
| FOREST CLUB | 9950 MEMORIAL DR HOUSTON TX |
| OUTING CLUB | 2109 BRADY ST DAVENPORT IA |
| RACE BROOK COUNT | 246 DERBY AVE ORANGE CT |
| TIPPECANOE LAKE CC | 7245 N KALORAMA RD LEESBURG IN |
| TWIN LAKES GOLF AN | 3583 SW 320TH ST FEDERAL WAY WA |
| UNION LEAGUE CLUB | 65 W JACKSON BLVD CHICAGO IL |
| VALLEY VIEW GOLF C | 302 EAST KAGY BLVD BOZEMAN MT |
| WILDWOOD COUNTRY | PO BOX 91208 LOUISVILLE KY |
| WILLAMETTE VALLEY | PO BOX 988 CANBY OR |
| WOODHOLME COUNT | 300 WOODHOLME AVE PIKESVILLE MD |
| YOUNGSTOWN COUN | 1402 COUNTRY CLUB DR YOUNGSTOWN OH |