UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. AIDAN FORSYTH,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE CLUB AT MORNINGSIDE INC,<br>PORT SUSAN CAMPING CLUB,<br>WOODHOLME COUNTRY CLUB INC,<br>SECESSION GOLF CLUB INC,<br>**individually, and as defendant class representatives**, *et al.*,<br><br>    *Defendants*. | Case No. 1:24-cv-1175-RCL |

## ORDER

Before the Court is the Governments' Consent Motion for Reconsideration [ECF No. 6] of this Court's October 25 Order [ECF No. 4] denying the Government's *ex parte* Motion for Extension of Time to Consider Election to Intervene [ECF No. 2]. The pending Motion re-submits the Government's request for an extension until February 17, 2025 to decide whether to intervene.

The Court observes that the Government's Motion does not indicate any significant investigative steps since the complaint was filed on April 19, 2024. The Motion states that the Government has "collected all PPP loan information in possession of the SBA," and is "preparing civil investigative demands to [banks that issued loan proceeds]." Mot. at 3. Otherwise, the Government has merely received information from the Relator and "intends to consult subject matter experts" for various matters. *Id.* Because of this minimal progress in the seven months since this complaint has been filed, the Court needs further assurance that investigative steps are actually being taken at a meaningful pace.

1

Therefore, the Court hereby **ORDERS** that the Government will file a Status Report, within 30 days of the date of this Order, detailing the progress made by the investigative team in determining whether to intervene. The Government may move for another 30-day extension at that time. The Court will evaluate the status of the investigation in determining whether to grant said 30-day extension, and if significant progress has not been made, then the Court will order service upon the defendants.

The Government's pending motion for an extension until February 17, 2025, ECF No. 6, is hereby **DENIED**.

**IT IS SO ORDERED.**

Date: 11-14-24

Royce C. Lamberth
United States District Judge