UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
ex rel. **AIDAN FORSYTH**,

    *Plaintiffs,*

v.

**THE CLUB AT MORNINGSIDE INC,
PORT SUSAN CAMPING CLUB,
WOODHOLME COUNTRY CLUB INC,
SECESSION GOLF CLUB INC,
individually, and as defendant class
representatives**, *et al.*,

    *Defendants.*

Case No. 1:24-cv-1175-RCL

## ORDER

Upon review of the Government's most recent status report, it is hereby **ORDERED** that in the next status report, which should be filed on April 18, 2025, the Government shall show cause why this case should not be unsealed on April 19, 2025, at which time it will have been pending for a whole year. In the Court's Order on November 15, 2024 [ECF No. 7] the Court expressed that it needed further assurance that investigative steps are actually being taken at a meaningful pace. This is belied when the Government copies the latest status report from the report just prior, for example, with no purported progress. The Court's patience is virtually exhausted.

**IT IS SO ORDERED.**

Date: 3/26/25

Royce C. Lamberth
United States District Judge

1