UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. AIDAN FORSYTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLUB AT MORNINGSIDE INC., individual<br>and as defendant class representatives, et al.,<br><br>　　　　　Defendants. | Civil Action No. 24-1175 (RCL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Sean M. Tepe and remove the appearance of Assistant United States Attorney Benton G. Peterson as counsel for the United States in the above-captioned case.

Dated: July 16, 2025                          Respectfully submitted,


                                              By:  　　　/s/ Sean Tepe　　　
                                                    SEAN M. TEPE, DC Bar #1001323
                                                    Assistant United States Attorney
                                                    601 D Street, NW
                                                    Washington, DC 20530
                                                    202-252-2533

                                                    *Attorney for the United States of America*