UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. AIDAN FORSYTH, | |
| Plaintiff, | Civil Action No. 24-1175 (RCL) |
| v. | |
| CLUB AT MORNINGSIDE INC. et al., | |
| Defendants. | |

## <u>UNITED STATES' NOTICE OF NON-INTERVENTION AT THIS TIME</u>

Pursuant to the Court's September 2, 2025, Sealed Order, the United States of America ("United States or "Government") respectfully submits this notice of non-intervention at this time. The Government's investigation and decisionmaking process has not yet concluded, and as such, the United States is not able to decide as of the current deadline whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. The Government, however, intends to continue its investigation into Relator's allegations and reserves the right to intervene at a later date upon a showing of good cause. 31 U.S.C. § 3730(c)(3).

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows Relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Further, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it and that orders issued by the Court be sent to the Government's counsel via the Court's CM/ECF system or otherwise. The United States respectfully reserves its statutory rights to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of Relator's action or claim. 31 U.S.C. § 3730(c)(3), (c)(2)(A). The United States also requests that it be served with all notices of appeal. 31 U.S.C. § 3730(c)(3).

Finally, the Court has already unsealed this action, including Relator's Complaint. *See* Order (Oct. 25, 2024). The United States requests that all other papers not already unsealed on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. *See* 31 U.S.C. § 3730(b)(3) (noting that the Government's support for its seal extension requests may be submitted in camera).

Dated: December 19, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ Sean Tepe*_____
     SEAN M. TEPE, DC Bar #1001323
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2500 (main)

*Attorneys for the United States of America*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of December 2025, a true and correct copy of the foregoing was served on counsel for Relator by electronic mail.  Pursuant to False Claims Act, Defendants have not been served with copies of the foregoing.


*/s/*

SEAN M. TEPE
Assistant United States Attorney