UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. AIDAN FORSYTH,<br><br>Plaintiff,<br><br>v.<br><br>CLUB AT MORNINGSIDE INC. et al.,<br><br>Defendants. | Civil Action No. 24-1175 (RCL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the United States' notice of non-intervention at this time and the United States having not intervened at this time in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), it is hereby

ORDERED that Relator's Complaint be served upon Defendants by Relator;

ORDERED that all contents of the Court's file not previously unsealed in this action remain under seal and not be made public or served upon Defendant;

ORDERED the parties shall serve all future pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

ORDERED that the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

ORDERED that the parties shall serve all notices of appeal upon the United States;

ORDERED that all orders of this Court will be sent to the United States via the Court's CM/ECF system or otherwise; and it is further

- 2 -

ORDERED that should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED:

_____                              _____
Dated                                                                        United States District Judge