AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. AIDAN FORSYTH<br><br>*Plaintiff(s)*<br>v.<br>CLUB AT MORNINGSIDE INC. et al.,<br><br>*Defendant(s)* | Civil Action No. 24-1175 (RCL) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

THE CLUB AT MORNINGSIDE INC
39033 MORNINGSIDE DR RANCHO MIRAGE CA 92270

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie A. Grohovsky, Esq.
Cohen Seglias
900 Seventh Street, NWSuite 725
Washington, DC 20001
email: jgrohovsky@cohensegliase
telephone: (202) 587-4746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/6/2026

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01175-RCL

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* THE CLUB AT MORNINGSIDE INC c/o Agent Barton Yeomans was received by me on *(date)* Apr 6, 2026, 5:31 pm.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Barton Yeomans , who is designated by law to accept service of process on behalf of *(name of organization)* THE CLUB AT MORNINGSIDE INC c/o Agent Barton Yeomans on *(date)* Thu, Apr 09 2026 ; or

☐ I returned the summons unexecuted because: ____________ ; or

☐ Other: ____________ ; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________ .

I declare under penalty of perjury that this information is true.

Date: 04/10/26

*Server's signature*

Jaimey Howard

*Printed name and title*

1717 East Vista Chino Suite A7-610, Palm Springs, CA 92262

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 7, 2026, 11:04 am PDT at 39033 Morningside Dr, Rancho Mirage, CA 92270
Business is closed signs says only open Monday Thursdays and half day Friday.
2) Successful Attempt: Apr 9, 2026, 11:50 am PDT at 39033 Morningside Dr, Rancho Mirage, CA 92270 received by Barton Yeomans. Age: 52; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'7"; Hair: Bald; Relationship: Authorized Agent;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBITS