**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**ex rel. AIDAN FORSYTH,**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**THE CLUB AT MORNINGSIDE INC.,**<br>**et al.,**<br><br>***Defendants*.** | **Case No. 1:24-cv-01175** |

**DEFENDANT THE CLUB AT MORNINGSIDE INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant The Club at Morningside Inc. ("Defendant"), by and through undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss the Complaint filed by Relator Aidan Forsyth ("Relator") in its entirety and with prejudice.

The grounds supporting this Motion to Dismiss are set forth in the Memorandum in Support of Defendant The Club at Morningside's Motion to Dismiss, which is filed contemporaneously and adopted by reference herein.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion to Dismiss and dismiss Relator's Complaint with prejudice and grant such other and further relief as the Court deems just and proper.

Dated: May 22, 2026

Respectfully submitted,

*/s/ Patrick K. Burns*

Patrick K. Burns (Bar No. 1005930)
Kimana Bowen (Bar No. 90002812)
Gordon Rees Scully Mansukhani LLP
277 S Washington Street, Suite 550
Alexandria, Virginia 22314
202-399-1009
202-800-2999 – Facsimile
pburns@grsm.com
kbowen@grsm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, Defendant's Motion to Dismiss and supporting documents were electronically filed and served upon all parties and counsel of record, via the Court's electronic filing system.

*/s/ Patrick K. Burns*
Patrick K. Burns